UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-615-H
3:06-MC-28
3:06-MC-30

UNCLE PAUL CHIROPRACTIC BUSINESS
TRAINING, LLC                                                                                          PLAINTIFF

V.

ADAM L. HOOGESTRAAT, D.C., et al.                                                          DEFENDANTS

**AMENDED
MEMORANDUM AND ORDER**

Various defendants in the above referenced action have filed separate miscellaneous actions in this Court to withdraw the reference in Adversary Action Nos. 06-3066 and 06-3068, related to the bankruptcy of Paul Richard Hollern, Case No. 05-60270 in the United States Bankruptcy Court for the Western District of Kentucky.

Withdrawal of the reference is within the Court's discretion. This Court has discussed the matter with U.S. Bankruptcy Judge Thomas Fulton, who agrees that this Court should withdraw the reference for the limited purpose of consolidating the claims in A.P. Nos. 06-3066 and 06-3068 with the claims in this case and conducting all necessary proceedings to resolve the consolidated case. Upon completion of that task, the cases will be returned to the Bankruptcy Court for any further disposition.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the reference is withdrawn as to A.P. Nos. 06-3066 and 06-3068 in Bankruptcy Case No. 05-60270 in the Western District of Kentucky.

IT IS FURTHER ORDERED that Adversary Action Nos. 06-3066 and 06-3068 are consolidated with Civil Action 04-615 in this Court.

IT IS FURTHER ORDERED that on or before **October 10, 2006**, the parties may file such motions as are necessary to correct and clarify the pleadings.

IT IS FURTHER ORDERED that Miscellaneous Actions 3:06-MC-28 and 3:06-MC-30 are DISMISSED.

cc: Counsel of Record